IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER INNISS, et al., | |
| Plaintiffs, | |
| v. | 1:14-cv-01180-WSD |
| DEBORAH ADERHOLD, et al., | |
| Defendants. | |

## ORDER

The parties are hereby directed to file, on or before September 15, 2015, a joint status report discussing the impact of the Supreme Court's recent decision in <u>Obergefell v. Hodges</u>, -- U.S. --, 135 S.Ct. 2584 (2015). The parties should specifically advise the Court of their recommendation regarding the further processing, if any, of this litigation.

**SO ORDERED** this 2nd day of September, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE