**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CHRISTOPHER INNISS, et al,
            Plaintiffs,

vs.

DEBORAH ADERHOLD, et al,
            Defendants.

CIVIL ACTION FILE

NO. 1: 14-cv-1180-WSD

**J U D G M E N T**

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of parties' joint status report regarding the impact of the Supreme Court's decision in Obergefell v. Hodges –US–, 135 S.Ct.3584(2015) on this action , and the court having considered said report, it is

**Ordered and Adjudged** that judgment is entered in favor of the Plaintiffs. Defendants and their officers, employees, agents, and all other individuals under their supervision, direction, or control are permanently enjoined from enforcing Constitution art. I, § IV, para. I, and O.C.G.A. §§ 19-3-3.1, 19-3-30, to exclude same-sex couples from civil marriage on the same terms and conditions as opposite-sex couples, or to refuse to recognize a lawful same-sex marriage performed in another State on the ground of its same-sex character.

Dated at Atlanta, Georgia, this 7th day of October, 2015.

                                      JAMES N. HATTEN
                                      CLERK OF COURT
                              By:   s/ A. Coleman
                                      Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 8, 2015
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
       Deputy Clerk